FILED*07 NOV 20 09:29USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

IVAN LEE DIXON,                              Civ. No. 06-1185-CL

        Petitioner,              **ORDER DISMISSING HABEAS**
                                            **CORPUS PETITION**

    vs.

**BRIAN BELLEQUE, Superintendent,**
**Oregon State Penitentiary,**

        **Respondent.**

————————————————————————

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date this Order is signed until sixty (60) days after the date of the decision rendering *Blakely* retroactively applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-

PAGE 1.   ORDER DISMISSING HABEAS CORPUS PETITION

referenced 60-day period, Petitioner may also amend the Petition as of right so as to properly plead

all *Blakely*-based claims in this Court.

IT IS SO ORDERED this _20_ day of _____, 2007.

The Honorable Mark D. Clarke
U.S. Magistrate Judge

Submitted by:

*/s/ Thomas J. Hester*
Thomas J. Hester
Attorney for Petitioner

Lester Huntsinger (by consent)
Attorney for Respondent